UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN JAMES,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC et al.,<br><br>      Defendants. | Case No. 2:25-cv-03771-SB-PVC<br><br>ORDER OF DISMISSAL FOR LACK OF SUBJECT-MATTER JURISDICTION |

      Plaintiff filed a complaint invoking the Court's diversity jurisdiction under 23 U.S.C. § 1332(a), but did not allege the citizenship of Defendant Vizayo and therefore failed to meet her burden to show complete diversity. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Because the Court has an "independent obligation to determine whether subject-matter jurisdiction exists," *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006), it ordered Plaintiff to file, by May 12, 2025, "a declaration identifying Vizayo's citizenship at the time she filed her complaint," and warned that "[f]ailure to timely do so will result in the dismissal of her complaint for lack of subject-matter jurisdiction," Dkt. No. 8. No declaration or other response has been filed. Therefore, as warned, the complaint is dismissed without prejudice. *See Scholastic Ent., Inc. v. Fox Ent. Grp., Inc.*, 336 F.3d 982, 985 (9th Cir. 2003) (affirming sua sponte dismissal for lack of jurisdiction); *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").

Date: May 15, 2025

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge