JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC et al.,<br><br>    Defendants. | Case No. 2:25-cv-03771-SB-PVC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal, it is ORDERED AND ADJUDGED that Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

This is a final judgment.

Date: May 15, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge